UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RALPH ANTHONY KNOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10CV1031 RWS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's complaint "to enforce motion to produce records and property." Plaintiff filed his "motion to produce records and property" in the 45th Judicial Circuit Court for Lincoln County, Missouri, seeking to recover documents and pictures that, plaintiff says, were taken by state police officers during plaintiff's criminal proceedings before this Court, United States v. Anthony Knox, 4:07CR582 RWS (E.D. Mo.). Plaintiff seeks an order from this Court "enforcing" the motion that he filed in the state court.

Federal district courts are courts of original jurisdiction; they lack subject matter jurisdiction to engage in appellate review of state court decisions. Postma v. First Fed. Sav. & Loan, 74 F.3d 160, 162 (8th Cir. 1996). "Review of state court decisions may be had only in the Supreme Court." Id. As a result, this Court has no

jurisdiction to enforce or review the motion plaintiff filed in state court, and this action will be dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** for lack of jurisdiction.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 24th day of June, 2010.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE