UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RALPH ANTHONY KNOX, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:10CV1031 RWS |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on plaintiff's motion for reconsideration. The Court dismissed this action because it appeared that plaintiff was attempting to appeal from a state court's decision. In his motion for reconsideration, plaintiff appears to be attempting to challenge the validity of his conviction in United States v. Knox, 4:07CR582 RWS. Plaintiff may not challenge the validity of his conviction in a 42 U.S.C. § 1983 case. Furthermore, plaintiff may not file a § 1983 case "to aid" a § 2255 case. As a result, his motion to reconsider is without merit.

Dated this 16th day of July, 2010.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE